Ö        6690

WITHDRAWN
AND NOT
REISSUED